IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR221 |
| vs. | |
| LAWRENCE BASSETTE, | ORDER |
| Defendant. | |

This matter is before the Court on the September 24, 2014, letter request of Warden S.M. Kuta (Warden Kuta) at the Federal Bureau of Prisons Metropolitan Detention Center in Chicago, Illinois (MDC), for an extension of time of the evaluation period of Lawrence Bassette (Bassette) pursuant to the Court's August 13, 2014, Order, which committed Bassette to the custody of the Attorney General to place the defendant in a suitable facility to determine whether Bassette is competent to stand trial. Warden Kuta represents that Bassette was designated to the MDC on August 21, 2014 and arrived at the facility until September 19, 2014. Title 18, United States Code, Section 4241 allows the staff at MDC 30 days to complete an evaluation. Warden Kuta requests an additional 15-day extension on behalf of the MDC's clinical psychologist, to complete the evaluation of Bassette. Warden Kuta represents his staff will submit a final report within three weeks after the completion of the evaluation period. After consideration,

**IT IS ORDERED:**

1. Warden S.M. Kuta's staff shall have until November 3, 2014 to complete Lawrence Bassette's competency evaluation, and until November 24, 2014 to submit a final report to the Court.

2. The Clerk of the Court is directed to send a copy of this order, by fax, to Warden Kuta at the MDC at (312) 347-4012, and a certified copy of this order to the Records Office at Metropolitan Detention Center, 71 W. Van Buren Street, Chicago, Illinois, 60605 .

Dated this 10th day of September, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge