## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                        )<br>                    Plaintiff,          )<br>                                                        )<br>       vs.                                             )<br>                                                        )<br>LAWRENCE BASSETTE,              )<br>                                                        )<br>                    Defendant.       ) | Case No. 8:14CR221<br><br><br>ORDER |

      This case is before the court on the defendant Lawrence Bassette's Motion to Determine Competency (#21), pursuant to 18 U.S.C. § 4241(e).  The motion was heard on August 13, 2014, and the defendant was committed to the custody of the Attorney General for determination of whether he was suffering from a mental disease or defect rendering him mentally incompetent to the extent that he would be unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense.  On December 2, 2014, the court received the results of the defendant's testing from the Warden of the Metropolitan Correctional Center, Federal Bureau of Prisons, Chicago, Illinois.

      On January 8, 2015, a hearing was held before the undersigned magistrate.  The defendant was present and represented by Federal Public Defender Jeffrey Thomas.  The United States was represented by Michael Norris, Assistant United States Attorney.  The court took judicial notice of the November 20, 2014, forensic report of Christine Scronce, Ph.D., Forensic Psychologist.  The defendant, through counsel, presented no additional evidence and submitted the matter for the court's consideration.  No additional evidence was adduced.

      I find by a preponderance of the evidence that the defendant is not presently suffering from a mental disease or defect which renders him mentally incompetent to understand the nature and consequences of the proceedings against him, or to assist properly in his defense, pursuant to 18 U.S.C. § 4241.  Accordingly, I find this case should be set for trial.

**IT IS ORDERED:**

1. Defendant Lawrence Bassette's Motion to Determine Competency (#21), pursuant to 18 U.S.C. § 4241 is denied.

2. Defendant is not suffering from any mental disease or defect which renders him mentally incompetent to understand the nature and consequences of the proceedings against him, or to assist properly in his defense.

3. This case will be progressed by separate order.

Dated this 8th day of January 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge